

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MAR 25 2026 PM3:12
FILED - USDC - FLMD - TPA

UNITED STATES OF AMERICA

v.

ALEN ZHENG

CASE NO. 8:26-cr-102-CEH-LSG

18 U.S.C. § 844(f)(1)
(Attempted Damage of Government Property By Fire or Explosion)

26 U.S.C. § 5861(f)
(Unlawful Making of Destructive Device)

26 U.S.C. § 5861(d)
(Possession of Unregistered Destructive Device)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Attempted Damage of Government Property By Fire or Explosion)**

On or about March 10, 2026, in the Middle District of Florida, the defendant,

ALEN ZHENG,

attempted to damage and destroy, by means of fire and an explosive as defined

pursuant to 18 U.S.C. § 844(j), a building and real property, namely the Visitor's

Center at MacDill Airforce Base, in whole and in part owned and possessed by and

leased to the United States and any department thereof.

In violation of 18 U.S.C. § 844(f)(1).



### COUNT TWO
**(Unlawful Making of Destructive Device)**

From an unknown date and continuing through on or about March 10, 2026,

in the Middle District of Florida, the defendant,

ALEN ZHENG,

knowingly made a firearm, to wit: an improvised explosive device, which is a

destructive device as defined pursuant to 26 U.S.C. §§ 5845(a)(8) and (f)(1)(A),

without first complying with federal registration requirements.

In violation of 26 U.S.C. §§ 5861(f), 5822, and 5871.

## COUNT THREE
### (Possession of Unregistered Destructive Device)

From an unknown date and continuing through on or about March 10, 2026,

in the Middle District of Florida, the defendant,

ALEN ZHENG,

knowingly possessed a firearm, to wit: an improvised explosive device, which is a

destructive device as defined pursuant to 26 U.S.C. §§ 5845(a)(8) and (f)(1)(A), and

which was not registered to him in the National Firearms Registration and Transfer

Record, as required by 26 U.S.C. § 5841.

In violation of 26 U.S.C. § 5861(d) and 5871.

## FORFEITURE

1.      The allegations contained in Counts One through Three are

incorporated by reference for the purpose of alleging forfeiture pursuant to the

provisions of 18 U.S.C. §§ 844(c) and 982(a)(2)(B), 26 U.S.C. § 5872, 28 U.S.C. §

2461(c), and 49 U.S.C. § 80303.

2.      Upon conviction of a violation of 26 U.S.C. §§ 5841, 5861, and/or 5871,

the defendant shall forfeit to the United States, pursuant to 26 U.S.C. § 5872 and 28

2

U.S.C. § 2461(c), any firearms involved in the violation, and, pursuant to 49 U.S.C. § 80303 and 28 U.S.C. § 2461(c), any aircraft, vehicle, or vessel used to facilitate the transportation, concealment, receipt, possession, purchase, sale, exchange, or giving away of such firearm.

3.      Upon conviction of a violation of 18 U.S.C. § 844, the defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and pursuant to 18 U.S.C. § 844(c) and 28 U.S.C. § 2461(c), any explosive materials involved or used or intended to be used in the violation.

4.      The property to be forfeited includes, but is not limited to, an improvised explosive device, which was involved in the offense.

5.      If any of the property described above, as a result of any act or omission of the defendant:

     a.      cannot be located upon the exercise of due diligence;

     b.      has been transferred or sold to, or deposited with, a third person;

     c.      has been placed beyond the jurisdiction of the Court;

     d.      has been substantially diminished in value; or

     e.      has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: _____
    Lauren Stoia
    Assistant United States Attorney

By: _____
    Daniel Baeza
    Assistant United States Attorney
    Chief, National Security and International
    Narcotics Section

4

FORM OBD-34

March 26

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

ALEN ZHENG

INDICTMENT

Violations: 18 U.S.C. § 844(f)(1)
26 U.S.C. § 5861(f)
26 U.S.C. § 5861(d)

A true bill,

███████████████████████

Foreperson

Filed in open court this 25th day

of March, 2026.

_____
                    Clerk

Bail $_____

GPO 863 525